EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>570-2017-01490 |
|---|---|---|

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Danielle R. Shapiro** | Home Phone (Incl. Area Code)<br>**(240) 671-4828** | Date of Birth<br>**1987** |
|---|---|---|

Street Address / City, State and ZIP Code
**3401 12th Street, N.E., Apt 29172, Washington, DC 20017**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**HOWARD UNIVERSITY HOSPITAL** | No. Employees, Members<br>**201 - 500** | Phone No. (Include Area Code)<br>**(202) 865-6100** |
|---|---|---|

Street Address / City, State and ZIP Code
**2041 Georgia Avenue, N.W., Washington, DC 20059**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☒ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-08-2016**   Latest: **05-02-2017**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:
**See attached.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct. | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| 06/05/2017    *Danielle R Shapiro*<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**DECLARATION OF Dr. DANIELLE SHAPIRO**

I, Danielle Shapiro, MD declare that I am over the age of 18 and make the following statement of first hand knowledge.

I was employed at Howard University Hospital commencing in July, 2016 as a Resident with a formal contract of employment for one year which was renewable.

I believe I was constructively discharged for lodging and filing an official HR complaint for gender discrimination/sexual harassment and in clear Title VII Retaliation thereof.

Additionally, I believe that I was discriminated against as the only Caucasian American in a department made up of non-American persons, which is a violation of Title VII race and national origin discrimination. I was profoundly mistreated and disrespected as the only Caucasian medical Resident physician at Howard University Hospital in a manner no person of color experienced to my knowledge or that I witnessed.

Howard University Is dramatically under-hiring non-black persons for its medical staff as a statistical matter. As a lone Caucasian Jewish woman I was subjected to bullying, intimidating and unfair treatment. As a statistical matter Howard University Hospital and school wildly discriminates openly against hiring Caucasian medical residents and treats same much worse than its non-Caucasian residents. The majority management and legal department staffs are African or African American or individuals not American born or Caucasian. Because Howard receives massive federal funding I do not think it is fair

1

that they are permitted to treat non-blacks in such a discriminatory and unfair manner.

Additionally, I believe that Howard violated my ADA Americans with Disability accommodation rights.

On January 27, 2017 I received a Memorandum from my acting Program Director indicating that I was going to be given another contract for an extension of another year commencing on July 1, 2017. At that point there was no indication of any performance deficiency on my part and Howard was extending my contract.

On or about December 8, 2016, I had an extremely uncomfortable awkward interaction with my academic advisor, an African American male, and the Department head Dr. Mark Johnson. At the time that he was made the Department head I along with several others congratulated him by extending a hand for a simple formal professional handshake and he grabbed me, pulled me close to him, chest to chest in a bear hug wrapping his arms around me in an overly intimate gesture. I was shocked, stunned and taken aback by this. I did not observe him doing this to any other person who congratulated him—or at any time. It was completely uninvited and unwelcome conduct.

I was so shocked by this and made so uncomfortable I filed a formal HR Complaint about it. It was extremely unprofessional and unwelcome and he knew or should have known it. There had been other instances wherein I was made to feel uncomfortable by the extremely hostile aggressive attention I was receiving of an unprofessional nature from Dr. Johnson and other management both before and after I filed. Dr. Johnson is a African

2

American. I was the only Caucasian person in the Department. Dr. Johnson became very nasty and hostile to me after I filed the HR Complaint against him and used surrogates to further intimate or create hostility against me.

Also on March 29, 2017 there was a "meet the Cabinet" open meeting with Howard management. I was discriminatorily treated in that meeting in which the community was invited to speak. When I tried to address concerns I was escorted out of the room (with family members who also came) which was so upsetting I lodged an official letter of complaint with the President of Howard at my treatment in which I likened it to my ancestors being corralled into box cars against their will. I was blocked from attending the meeting after trying to raise legitimate concerns. To my knowledge no other person was prevented from speaking at this meeting to which we all were invited.

On or about March 30, 2017 I filed an official HR complaint against Dr. Mark Johnson alleging sexual harassment.

I was subjected to such hostile treatment and felt so threatened that my father and/or mother had to be on stand by waiting for me to complete my shift to take me home. I also became aware of reports of physical assault of a resident physician by an attending physician. I became actually frightened for my safety.

For example, the sort of pervasive frequent hostility directed at me during the working day. On April 4, 2017, during a working day in the clinic, Dr. Johnson was acting as the

3

supervising preceptor. I asked him to check over a patient whom I was trying to send to the ER. He came into the patient room, shut the door, stood over me, and patted and rubbed, my right shoulder several times and repeatedly. This was uncomfortable, and he was aware that I could not move away since my shoulder was injured and in a sling at that time. He referred to me as "young lady." The touching was unwelcome and Dr. Johnson knew or should have known that this was inappropriate, especially since I had an open complaint against him. Dr. Johnson compelled me to meet with him in his office, requesting a meeting that very week. I found it bizarre that he was requesting I meet with him, as I was supposed to have this meeting with the acting Program Director Dr. Filani many months prior, as all other residents were required to do so, and had done so. I found this concerning, It was not Dr. Johnson's role to meet with me for this purpose, rather, it was the acting Program Director's. I reported to my union and to HR these concerns, and was met with undue resistance and hostility.

After I filed the HR report management started to engineer a wild smear campaign using social media and my subordinates/interns who started maligning me on social media weirdly. Prior to this HR reporting we all got along well and there was no issue at all with my reportees/interns. The management conspired to generate negative reports of my supervision to falsely document bogus defects of performance.

Subsequently, on April 26, 2017, the management put me on official "probation" about a month after filing the HR report. In the probation it listed completely bogus ridiculous

4

false alleged performance deficiencies and aspersions which were all fabricated. I believe that fabricated and/or perjured statements and/or evidence were used to create this false performance evaluation.

It was becoming impossible for me to do my job because of all the slander and hostility directed at me, and because management was fabricating alleged performance deficiencies to which I was required to absurdly respond.

The environment was so hostile I was forced to resign eventually. I could not work in an environment wherein the people I was supposed to supervise were being encouraged to plot against me by falsely reporting things management was using to create a defense by poisoning my file with false statements. I was being defamed by people I was supposed to supervise at the encouragement of management. No one could be expected to work in such a hostile environment.

Howard University Hospital also violated my ADA American with Disabilities Act accommodation requests for schedule adjustments and time off so I could tend to my own health issues. I notified them of the fact that I have an auto-immune disorder and during one surgery in which I was assisting the head obstetrics attending at Howard Hospital I was stuck by this attending doctor with a needle as he sewed a post delivery patient with my assistance in a negligent manner. This was a serious breach of protocol and required that I seek medical attention because the stabbing broke skin and drew blood through my glove. I was required to monitor any possible infection as the patient had a venereal

disease and there was a serious risk of contamination. I had to be tested for HIV and other potential infections. Howard penalized me for needing the time off in violation of ADA rights. They totally disrespected my own health needs when it was one of their attending faculty who negligently stuck me with a needle. Not only did I not get any sort of apology, but Howard tried to cover the fact that they have lax cross contamination policies creating a serious potential hazard in the Hospital. They penalized me for taking necessary time off to tend to the medical need their negligence posed. Additionally, in March 2017, management took me off Hospital call duties while I was wearing a shoulder sling without consulting me or offering a more reasonable accommodation; however, I was kept fully on my duties for their clinic, which is busy and is usually more demanding than the hospital. I was demanded to go back to the doctor to obtain a note on my shoulder, as to the length of time I would need to wear the sling. I was then reprimanded for taking my allotted contractual sick leave to go to the doctor's office. To my shock, this "absenteeism" was absurdly one of the allegations of performance defect in the April 26, 2017 probation letter.

I sincerely believe that I have been discriminatorily and very badly treated by Howard University Hospital In violation of my Title VII rights, ADA rights in gender, race and national origin discrimination for being an American born Caucasian Jewish female, and in retaliation for making a sexual harassment complaint against a direct supervisor. Additionally I believe my ADA rights of accommodation were violated.

6

I declare all of the above to be true and correct to the best of my knowledge.

DATED: 6/11/18

BY: _____
Dr. Danielle Shapiro.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Danielle R. Shapiro
3401 12th Street, N.E.
Apt 29172
Washington, DC 20017

From: Washington Field Office
131 M Street, N.E.
Suite 4NW02F
Washington, DC 20507

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2017-01490 | Monica R. Colunga, Enforcement Supervisor | (202) 419-0711 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Mindy E. Weinstein,
Acting Director

AUG 16 2018
(Date Mailed)

Enclosures(s)

cc: Zachary I. Shapiro, Esq.
Associate General Counsel for Lit & Agency Claims
HOWARD UNIVERSITY HOSPITAL
2600 6th Street, NW
Suite 321
Washington, DC 20059

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*