Civil Case No. 1-18-cv-02588-tsc
Motion for Appointment of Counsel

1 of 4

Danielle Shapiro
2727 Central Ave NE
Washington, DC 20018
Plaintiff pro se

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Danielle Shapiro, MD,
    Plaintiff

Case No.: 1:18-CV-02588-TSC
**Motion for Appointment of Counsel**

v

Howard University & Hospital,
    Defendants

To the United States District Court for the District of Columbia: As provided by Title 28 U.S. Code § 1915: Proceedings in forma pauperis, I, *pro se* IFP Plaintiff, Danielle Shapiro, hereby moves this court to appoint me counsel in my civil case against Defendants Howard University et al.

1. I am the Plaintiff in this action.

2. I have been granted per this Court leave to proceed in this Court in forma pauperis based on financial hardship. A copy of the AO240 Application submitted with the civil complaint in November 2018 is on file with this Court.

3. Pursuant to Title 28 U.S. Code § 1915: Proceedings in forma pauperis: "The court may request an attorney to represent any person unable to afford counsel." As such, I understand that the Court is not required to provide an attorney, but I respectfully ask that this Court request an attorney who may be willing to accept such cases on a pro bono basis to represent me.

RECEIVED
NOV 06 2019
Clerk, U.S. District and
Bankruptcy Courts

4. I, a *pro se* Plaintiff, have faithfully represented myself in the proceedings of this case. However, as a *pro se* person, I do not have the same privilege of legal training and experience in litigation procedures as a non-pro se litigant. I respectfully make this request to allow this case to proceed on a fair and level playing field as I am currently in opposition against a side represented by a team of lawyers.

5. Per this Court's order as entered on October 15, 2019, the proceedings in case are entering the discovery period. This is a critical period that is marked by complex procedures and rules, and I do not have the same privilege of legal training and experience in litigation discovery procedures as a non-pro se litigant. I again affirm and restate that I respectfully make this request to allow this case to proceed on a fair and level playing field.

6. As such, while the Court reviews this request, makes a determination on whether a lawyer should be appointed, and identifies potential pro bono legal counsel willing and able to take the case, I respectfully request an extension of time on proceedings and filings due for the purposes of the 26(f) Conference (pursuant to FRCP 26(f): Conference of the Parties; Planning for Discovery) and a postponement of the Scheduling Conference, which is currently scheduled for November 19, 2019. I respectfully request an extension of 90 days based on the Court's discretion.

Opposing counsel has been properly notified of this request. I have notified Defendant/opposing counsel via email to see if they oppose or consent to the motion. Opposing Counsel has advised that they consent to this motion in part. Opposing counsel agrees to extension and postponement. Opposing counsel does not take a position and they neither oppose nor agree to the motion for this Court to appoint counsel to represent me.

For the above mentioned reasons, I am requesting that this Court appoint me counsel and as such provide an extension of time to file documents for and hold the Conference of Parties. In Sum, I, Danielle Shapiro, *pro se IFP* Plaintiff respectfully request this Court review my Motion with fair consideration and permit my case to proceed through fair judicial process.

DATED: 11/06/2019        Respectfully submitted,

Danielle Shapiro

*[signature]*

Plaintiff pro se

Civil Case No. 1-18-cv-02588-tsc
Motion for Appointment of Counsel

4 of 4

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion has been sent by ordinary United States Mail this 6th day of November 2019 to:

Zachary I. Shapiro
Office of General Counsel
Howard University
2400 6th St. N.W.
Johnson Administration Building, Suite 321
Washington, D.C. 20059

Danielle Shapiro

*[signature]*

Plaintiff, Pro Se (Signature)